## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| v.                               * | **Criminal No. WDQ-11-0540** |
| **RODNEY R. HAILEY**            * | |

\* \* \* \* \* \* \* \* \* \* \*

### MOTION TO RECONSIDER DETENTION ORDER

The defendant, Rodney R. Hailey, by his undersigned counsel, hereby requests that the Court reconsider the decision to detain Mr. Hailey pending his sentencing, and for good cause states:

1. On June 26, 2012, following Mr. Hailey's conviction in this matter, the Court revoked Mr. Hailey's release conditions and ordered that he be detained.

2. As noted at the time, 18 U.S.C. § 3143 indicates that following conviction, a defendant can be released if the Court determines by clear and convincing evidence that the individual does not pose a risk of flight or a danger to the community.  Obviously, danger to the community is not relevant in Mr. Hailey's case.

3. The defense requests that the Court reconsider whether Mr. Hailey is a flight risk, and in the alternative whether there are release conditions that would otherwise guarantee his appearance in Court.  Prior to the trial, Pretrial Services Officer John Stagg had recommended that Mr. Hailey's conditions of release be continued.  Counsel has spoken with Mr. Stagg since the time of conviction, and Mr. Stagg has indicated that Pretrial Services continues to support Mr. Hailey's release.

4. It appears that the Court's primary concern was the question of the unaccounted for

funds from the proceeds of the fraud found by the jury.  Yet this information has been known since the inception of the case, including at the time that the release conditions were first set.  Moreover, Mr. Hailey has known of this investigation since May of 2011, yet he has made no effort to flee, appearing at every hearing as required.

     5.  The government raised a question of the 2010 Hailey income tax return.  That return appears to declare only Mrs. Hailey's income from employment with the federal government, and the refund that was generated was based solely on her income.  She apparently received that relatively modest refund, but it is quite inappropriate to suggest that her receipt of those funds, and her utilization of those funds to support herself and the two Hailey children, is an indicator that Mr. Hailey is a flight risk.

     6.  It is also possible to fashion far more stringent release conditions than were originally imposed.  Instead of release on personal recognizance with supervision by Pretrial Services – essentially the original conditions, Mr. Hailey could be released on electronic monitoring.  Such a condition would further insure that he did not flee in that it would provide for twenty-four hour monitoring.  Mr. Hailey has no criminal history; he has never been incarcerated; he has no ties outside of the country; and in point of fact, he has substantial family and community ties in the New Jersey, Maryland, and Virginia regions.  In short, he has no place to run to, and he has no connection to the kind of people who could facilitate such flight.

     7. For all of these reasons, the defense respectfully requests that the Court schedule a hearing as soon as possible to reconsider the question of whether there are release conditions that would insure Mr. Hailey's appearance at his sentencing.  If the Court is unable to schedule a prompt hearing, it is requested that the matter be referred to a magistrate judge for such

consideration.

                              Respectfully submitted,
                              JAMES WYDA
                              Federal Public Defender

                              _____/s/_____
                              JOSEPH L. EVANS, #02055
                              Assistant Federal Public Defender


                              _____/s/_____
                              DOUGLAS R. MILLER, #18309
                              Assistant Federal Public Defender
                              100 South Charles Street
                              Tower II, Ninth Floor
                              Baltimore, Maryland  21201
                              (410) 962-3962 (p)
                              (410) 962-0872 (f)
                              Email: Joseph_Evans@fd.org
                                          Douglas_Miller@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2012, a copy of this Request for Reconsideration of Release Conditions was sent by email to John Stagg, United States Pretrial Services, United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.

/s/
Joseph L. Evans
Assistant Federal Public Defender