IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :   CRIMINAL NO.  11-CR–0540-WDQ |
| **RODNEY R. HAILEY,** | : |
| Defendant | : |

...oooOooo...

NOTICE OF DEPOSITION AND REQUEST FOR
PRODUCTION OF DOCUMENTS

**TO:**   Tracey Oliver Hailey
10801 Catron Road
Perry Hall, MD 21128

Pursuant to the Order of the United States District Court in the above-referenced case, you are hereby commanded to appear and testify at a deposition at the place and time specified below:

**Office of the United States Attorney for the District of Maryland
36 S. Charles Street, Fourth Floor
Baltimore, MD 21201**

**October 1, 2012; 2:00 p.m.**

You are also commanded to bring with you the following documents and/or objects:

all financial records relating to the acquisition of any assets having a value of more than $10,000 with funds traceable to Clean Green Fuels

the account numbers and names of all financial institutions where you or any member of your family have accounts

If you are represented by counsel, you may have your attorney contact the following with respect to the scheduling of this proceeding.

**Assistant U.S. Attorney Stefan D. Cassella**
**Assistant U.S. Attorney Tonya N. Kelly**
**36 S. Charles Street, Fourth Floor**
**Baltimore, MD 21201**
**410 209-4800**

                                  Rod J. Rosenstein
                                  United States Attorney


                           By:_____
                                Stefan D. Cassella
                                Assistant United States Attorney


Date: **September 18, 2012**