IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 11-CR-0540-WDQ |
| RODNEY R. HAILEY, : | |
| Defendant : | |

...oooOooo...

## DECLARATION OF STEFAN D. CASSELLA

I, Stefan D. Cassella, Assistant United States Attorney, hereby declare and affirm that —

1. I am one of the Government attorneys assigned to the prosecution in the above-referenced case and am authorized to make the representations set forth in this Declaration.

2. The Government's notice of deposition, which was served on Tracey O. Hailey pursuant to 21 U.S.C. § 853(m), is intended to obtain information regarding the location of the property forfeited to the United States by order of the court in this case, of property traceable thereto, or of property that may be forfeited in substitution therefor, and which, if located, may be included in the order of forfeiture pursuant to Rule 32.2(e).

3. The Government will not use or make derivative use of any information provided by Tracey O. Hailey in her deposition or in response to the Government's request for the production of tangible evidence in any future criminal prosecution of Rodney R. Hailey.

_____
Stefan D. Cassella
Assistant U.S. Attorney

Date: 10/22/12